UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-60385-CIV-MORENO

GARRY LEBRUN,

    Plaintiff,

vs.

WHM, LLC, a Delaware LLC, d/b/a LXR Luxury
Resorts, and Boca Resorts, Inc, a Delaware Corp.
d/b/a Boca Raton Resort & Club,

    Defendants.
_____/

### ORDER REQUIRING PLAINTIFF TO FILE STATEMENT OF CLAIM

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT notes that Plaintiff filed a response to the Court's Notice of Court Practice in FLSA cases **(D.E. No. 10)**, but finds it reasons for not complying with the Court's Order unpersuasive. Therefore, Plaintiff must file a statement of claim for Garry Lebrun by **April 21, 2010** or case shall be dismissed.

DONE AND ORDERED in Chambers at Miami, Florida, this /4/ day of April, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record