UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-60385-CIV-MORENO**

GARRY LEBRUN,

    Plaintiff,

vs.

WHM, LLC, a Delaware LLC, d/b/a LXR Luxury Resorts, and Boca Resorts, Inc, a Delaware Corp. d/b/a Boca Raton Resort & Club,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE

**THIS CAUSE** came before the Court upon the Motion for Limited Appearance **(D.E. No. 50)**, filed on **May 28, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Attorney Mark D. Temple is admitted *pro hac vice* to practice before this Court on the above styled case. The Clerk of the Court shall provide electronic notice of all filings on this docket to Mr. Temple, Esq. at the following email address: mdtemple@jonesday.com.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of June, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record