UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-60385-CIV-MORENO

GARRY LEBRUN,

    Plaintiffs,

vs.

WHM, LLC, a Delaware LLC, d/b/a LXR Luxury
Resorts, and Boca Resorts, Inc, a Delaware Corp.
d/b/a Boca Raton Resort & Club,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL

THIS CAUSE came before the Court upon Plaintiffs' Motion to Compel a Complete Statement of Claim (**D.E. No. 44**), filed on **May 19, 2010**.

THE COURT has considered the motion, response and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Defendant WHM, LLC shall provide an Amended Statement of Claim designating the weekly compensation into specific categories such as "hourly compensation," "service charge," and "extra tip" by **June 25, 2010**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of June, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record