UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-60385-CIV-MORENO**

GARRY LEBRUN,

    Plaintiff,

vs.

WHM, LLC, a Delaware LLC, d/b/a LXR Luxury
Resorts, and Boca Resorts, Inc, a Delaware Corp.
d/b/a Boca Raton Resort & Club,

    Defendants.
_____/



### FINAL ORDER OF DISMISSAL AND
### ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Mediator's Report indicating settlement. It is

ADJUDGED that in light of the parties settling this action this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction to enforce the terms of the settlement agreement if it is filed in its entirety by **September 24, 2010**. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of August, 2010.

                                            FEDERICO A. MORENO
                                          CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record